# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>CHHIENG TANG, et al.,<br><br>    Defendants. | Case No.  1:22-cv-00094-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 6) |

On March 25, 2022, the parties filed a stipulation to extend the time for Defendants to file a responsive pleading.  (ECF No. 6.)  The parties seek to extend the deadline for Defendants to respond to the complaint twenty-eight days to April 22, 2022.  (Id.)  This is the parties' first stipulated extension.  (Id.)  Pursuant to Local Rule 144(a), an initial stipulation extending time for no more than twenty-eight days to respond to a complaint may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation.  However, in light of the parties' stipulation, the Court shall also continue the scheduling conference currently set for April 19, 2022.  (See ECF No. 3.)

///

///

///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **April 22, 2022**;

2. The scheduling conference set for April 19, 2022, is CONTINUED to **May 31, 2022, at 11:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 28, 2022**

UNITED STATES MAGISTRATE JUDGE