1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No.  1:22-cv-00094-DAD-SAB |
| Plaintiff, | ORDER RE STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| CHHIENG TANG, et al., | (ECF No. 13) |
| Defendants. | |

On April 28, 2022, the parties filed a stipulation to extend the time for Defendants to file a responsive pleading.  (ECF No. 13.)  The parties seek to extend the deadline for Defendants to respond to the complaint thirty days, to May 23, 2022.  (Id.)  The parties proffer they have been engaged in settlement discussions and the extension facilitates their attempts to resolve this matter.   The parties further assert the extension need not affect the date of the scheduling conference, which is currently set for May 31, 2022.  The Court finds good cause exists to grant the stipulated request.

///
///
///
///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendants shall respond to the complaint on or before **May 23, 2022**.

IT IS SO ORDERED.

Dated: __**April 29, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE